# Court of Appeals
# of the State of Georgia

ATLANTA, ___November 19, 2014___

*The Court of Appeals hereby passes the following order:*

### A14A2217.  GOODMAN  v.  FEDERAL  NATIONAL  MORTGAGE ASSOCIATION, et al.

The appeal in this case was docketed on August 7, 2014, making the appellant's briefs and enumerations of error due on September 8, 2014. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13. As of this date, appellant has not filed either her enumerations of error or her brief, nor has she sought an extension of time in which to file these items. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,*___11/19/2014___
            *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*